```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
              CRIMINAL NO. 25-61(DSD/ECW)
```

United States of America,

        Plaintiff,

v.                                    **ORDER**

Manuel Pena-Romero,

        Defendant.

     This matter is before the court upon the government's motion to dismiss without prejudice under Federal Rule of Criminal Procedure 48(a). Defendant does not object. Based on the file, record, and proceedings herein, the court grants the government leave to dismiss.

     Accordingly, **IT IS HEREBY ORDERED** that:

     1.   The government's motion to dismiss the indictment [ECF No. 38] is granted;

     2.   The government's motion for an arrest warrant [ECF No. 30] is denied;

     3.   Defendant's motion to dismiss indictment [ECF 32] is denied; and

     4.   The indictment is dismissed without prejudice.

Dated: June 11, 2025

                                                s/David S. Doty
                                                David S. Doty, Judge
                                                United States District Court